UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIZY K. JOHN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LATTICE SEMICONDUCTOR<br>CORPORATION,<br><br>　　　　　　Defendant. | Case No.: C 12-04384 PSG<br><br>**CASE MANAGEMENT ORDER** |

On September 25, 2012, the parties appeared for a case management conference. Based on the parties' joint case management statement and the discussions held at the case management conference,

IT IS HEREBY ORDERED that the case is referred to private mediation, to be completed 60 days after the court issues a claim construction order.

IT IS FURTHER ORDERED that the discovery limitations agreed upon by the parties as set forth in the joint case management statement shall apply. This includes staggering the parties' disclosures under the Patent Local Rules.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

Last Day for Plaintiff's Disclosure of Asserted Claims and Infringement Contentions
(Patent L.R. 3-1) and Related Documents (Patent L.R. 3-2) . . . . . . . . . . . . .October 9, 2012

Case No. C 12-04384 PSG
ORDER

| | | |
|---|---|---|
| 1 | Last Day for Parties' Initial Disclosures | October 9, 2012 |
| 2 | Last Day for Defendant's Invalidity Contentions (Patent L.R. 3-3) and Related Document Production (Patent L.R. 3-4) | November 24, 2012 |
| 3-4 | Defendant to disclose circuit level design information, including source code, as well as setting up a work-station with all available schematics for the accused devices (at a location to be agreed upon by the parties) | January 4, 2013 |
| 5-6 | Last Day for Plaintiff to serve Amended Disclosure of Asserted Claims and Infringement Contentions Based on Review on Circuit Level Design Information | March 11, 2013 |
| 7 | Last Day for Defendant to serve Amended Invalidity Contentions Based on Plaintiff's Amended Disclosure of Asserted Claims and Infringement Contentions | April 15, 2013 |
| 8-9 | Last Day for the Exchange of Proposed Terms and Claim Elements for Construction (Patent L.R. 4-1(a)) | April 22, 2013 |
| 10 | Last Day for Parties to Meet and Confer to Discuss List of Proposed Terms and Claim Elements for Construction and to Identify 10 Most Significant Terms | April 29, 2013 |
| 11-12 | Last Day for the Exchange of Preliminary Proposed Claim Construction and Extrinsic Evidence (Patent L.R. 4-2) | May 13, 2012 |
| 13-14 | Last Day for Parties to Meet and Confer to Discuss Preliminary Claim Constructions and Extrinsic Evidence | June 3, 2013 |
| 15 | Last Day to File Joint Claim Construction Statement (Patent L.R. 4-3) | July 8, 2013 |
| 16 | Completion of Claim Construction Discovery (Patent L.R. 4-4) | August 5, 2013 |
| 17 | Last Day to Exchange Opening Claim Construction Briefs (Patent L.R. 4-5(a)) | Aug. 19, 2013 |
| 18 | Last Day to Exchange Responsive Construction Briefs (Patent L.R. 4-5(b)) | Sept. 2, 2013 |
| 19 | Last Day to Exchange Reply Claim Construction Brief (Patent L.R. 4-5(c)) | Sept. 9, 2013 |
| 20 | Tutorial | 10:00 a.m. on Oct. 2, 2013 |
| 21 | Claim Construction Hearing | 10:00 a.m. on Oct. 2, 2013 |
| 22-23 | Last Day to File Further Joint Case Management Report | 30 days after claim construction ruling |
| 23-24 | Last Day for Advice of Counsel Disclosure | 50 days after claim construction ruling |
| 25 | Fact Discovery Cutoff | February 7, 2014 |
| 26 | Last Day to Designate Opening Experts and Serve Reports | February 28, 2014 |
| 27 | Last Day to Designate Rebuttal Experts and Serve Reports | March 14, 2014 |
| 28 | Expert Discovery Cutoff | April 4, 2014 |

Case No. C 12-04384 PSG
ORDER

1 | Last Day to File Discovery Motions . . . . . . . . . . . . . . . . . . . . . . . . . *See* Civil Local Rule 37-3

2 | Last Day for Dispositive Motion Hearing[1] . . . . . . . . . . . . . . . . . 10:00 a.m. on June 10, 2014

3 | Final Pretrial Conference. . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on September 9, 2014

4 | Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:30 a.m. on September 22, 2014

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: 10/1/2012

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2] A copy of Judge Grewal's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's Civil Standing Order."

Case No. C 12-04384 PSG
ORDER