1  Stephen L. Newton (#57897) *snewton@newtonremmel.com*
   Lenell Topol McCallum  (#84024) *lmccallum@newtonremmel.com*
2  NEWTON REMMEL
   A Professional Corporation
3  1451 Grant Road, P.O. Box 1059
   Mountain View, CA  94042
4  Telephone:  (650) 903-0500
   Facsimile:  (650) 967-5800
5
   Attorneys for Plaintiff
6  LIZY K. JOHN

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9
                        SAN JOSE DIVISION
10
   LIZY K. JOHN,                      )  Case No.:  5:12-cv-04384 PSG
11                                     )
                Plaintiff,             )  **ASSOCIATION OF COUNSEL**
12                                     )
        vs.                            )
13                                     )
   LATTICE SEMICONDUCTOR               )
14 CORPORATION,                        )
                                       )
15            Defendant.               )
                                       )
16 _____     )

17      VENABLE, CAMPILLO, LOGAN & MEANEY, P.C., attorneys of record for Plaintiff

18 LIZY K. JOHN, located at 1938 East Osborn Road, Phoenix, AZ 85016, hereby associates the

19 law firm of NEWTON REMMEL, 1451 Grant Road, P.O. Box 1059, Mountain View, CA

20 94042 (650) 903-0500, as co-counsel for Plaintiff LIZY K. JOHN in the above-entitled matter.

21 Dated:  May 23, 2013               VENABLE, CAMPILLO, LOGAN & MEANEY

22                                    By:   /s/ Joseph R. Meaney
                                           Joseph R. Meaney
23                                         Attorneys for Plaintiff
                                           LIZY K. JOHN
24
25 Dated:  May 23, 2013               VENABLE, CAMPILLO, LOGAN & MEANEY

26                                    By:   /s/ Michael F. Campillo
                                           Michael F. Campillo
27                                         Attorneys for Plaintiff
                                           LIZY K. JOHN
28
                         ASSOCIATION OF COUNSEL -1 -

1    NEWTON REMMEL hereby accepts the above association as co-counsel for Plaintiff

2  LIZY K. JOHN.

3  Dated:  May 23, 2013                              NEWTON REMMEL

4

5                                                       By:    /s/ Stephen L. Newton
                                                              Stephen L. Newton
6                                                             Attorneys for Plaintiff
                                                              LIZY K. JOHN
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                ASSOCIATION OF COUNSEL -2 -