TIFFANY & BOSCO, P.A.
Christopher A. LaVoy (AZ Bar No. 016609)
Camelback Esplanade II, Third Floor
2525 East Camelback Road
Phoenix, Arizona 85016-9240
Telephone: (602) 452-2731
Facsimile: (602) 255-0103
cal@tblaw.com

VENABLE, CAMPILLO, LOGAN & MEANEY, P.C.
Joseph R. Meaney (AZ Bar No. 017371)
Michael F. Campillo (AZ Bar No. 019014)
1938 East Osborn Road
Phoenix, Arizona 85016
Telephone: (602) 631-9100
Facsimile: (602) 631-4529
jmeaney@vclmlaw.com
mcampillo@vclmlaw.com

Attorneys for Plaintiff Lizy K. John

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LIZY K. JOHN,<br><br>                    Plaintiff,<br><br>     v.<br><br>LATTICE SEMICONDUCTOR CORPORATION,<br><br>                    Defendant. | Case No. 5:12-cv-04384-PSG<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING CLAIM CONSTRUCTION BRIEF** |

    Plaintiff Lizy K. John hereby respectfully moves for an extension of time to file her opening claim construction brief from the present due date of December 6, 2013 to the new date of December 13, 2013, with a corresponding change in the due date for defendant Lattice Semiconductor Corporation's response claim construction brief from December 20, 2013 to

1  January 8, 2014. The existing January 15, 2014 due date for plaintiff's reply claim construction
2  brief would remain the same. The requested extension, therefore, will not upset the larger case
3  schedule.
4      The reason for the requested extension is that the parties deposed one another's technical
5  experts on December 3, 2013. They just received the final depositions transcripts yesterday.
6  Plaintiff requires the deposition transcripts to complete its opening claim construction brief.
7      Counsel for defendant has informed undersigned counsel that defendant has no objection
8  to the requested extension of time. A proposed form of order granting the requested extension is
9  submitted herewith for the conveneince of the Court.
10     RESPECTFULLY SUBMITTED this 6th day of December, 2013.

TIFFANY & BOSCO, PA

By: s/ Christopher A. LaVoy
    Christopher A. LaVoy (AZ Bar No. 016609)
    Camelback Esplanade II, Third Floor
    2525 East Camelback Road
    Phoenix, Arizona 85016-9240
    Telephone: (602) 452-2731
    Facsimile: (602) 255-0103
    cal@tblaw.com

    Joseph R. Meaney (AZ Bar No. 017371)
    Michael F. Campillo (AZ Bar No. 019014)
    VENABLE, CAMPILLO, LOGAN & MEANEY, P.C.
    1938 East Osborn Road
    Phoenix, Arizona 85016
    Telephone: (602) 631-9100
    Facsimile: (602) 631-4529
    jmeaney@vclmlaw.com
    mcampillo@vclmlaw.com
    Attorneys for Plaintiff Lizy K. John

- 1 -

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/EMF registrants for this case.

By s/ Christopher A. LaVoy