1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

|  |  |
|---|---|
| LIZY K. JOHN, | ) Case No. 5:12-cv-04384-PSG |
| | ) |
| Plaintiff, | ) **CLAIM CONSTRUCTION ORDER** |
| | ) |
| v. | ) |
| | ) |
| LATTICE SEMICONDUCTOR CORP., | ) |
| | ) |
| Defendant. | ) |

In this patent infringement suit, Lizy K. John. alleges that Lattice Semiconductor Corp., infringes U.S. Patent No. 5,867,422.  The court held a tutorial and claim construction hearing. Having carefully considered the parties' respective arguments, the court construes the disputed terms as follows:

| CLAIM TERM | CONSTRUCTION |
|---|---|
| "paired demultiplexers"<br><br>*Claims 2, 7* | "A combination of two demultiplexers that share the same control inputs" |

1

Case No. 5:12-cv-04384-PSG
**CLAIM CONSTRUCTION ORDER**

**United States District Court**
For the Northern District of California

| | |
|---|---|
| "column decoder"<br><br>*Claims 2, 7* | "A circuit that activates one or more columns of memory within a memory array for input or output based on column address inputs connected to it" |
| "programmable address decoder"<br><br>*Claims 2, 7* | "A programmable circuit that activates memory within a memory array for input or output based on address inputs connected to it" |
| "paired multiplexer"<br><br>*Claims 11, 15* | "A combination of two multiplexers that share the same control inputs" |
| "programmable interconnect"<br><br>*Claims 3, 11, 12, 18, 19* | "A programmable circuit that transmits data for input or output" |
| "with one data input of each of said [paired demultiplexers/paired multiplexers] being respectively connected to four column address lines"<br><br>*Claims 2, 7, 11, 15* | The court will provide any necessary construction as part of its order on Lattice's pending summary judgment motion on indefiniteness.[1] |
| "mode control lines"<br><br>*Claims 2, 3, 7, 11, 12, 14, 15, 16, 19* | "Lines that specify the width of the memory" |
| "the other data input of each of said [paired demultiplexers/paired multiplexers] being respectively connected to the complement of said column address lines"<br><br>*Claims 2, 7, 11, 15* | The court will provide any necessary construction as part of its order on Lattice's pending summary judgment motion on indefiniteness.[2] |

---

[1] *See* Docket No. 99.
[2] *See id.*

2

Case No. 5:12-cv-04384-PSG
**CLAIM CONSTRUCTION ORDER**

| "switches"<br><br>*Claims 3, 4, 6, 12, 16, 20* | "Devices for making, breaking or changing the electric connection of a circuit" |
|---|---|
| "control inputs of a plurality of [paired demultiplexers/paired multiplexers]"<br><br>*Claims 2, 11, 12, 15* | "The control inputs that are shared between pairs of [demultiplexers/multiplexers]" |

The parties should rest assured that the court arrived at these constructions with a full appreciation of not only the relevant intrinsic and extrinsic evidence, but also the Federal Circuit's teachings in *Phillips v. AWH Corp.*[3] and its progeny.  So that the parties may pursue whatever recourse they believe is necessary, an opinion setting forth the court's complete reasoning and analysis will issue before entry of any judgment.

**IT IS SO ORDERED.**

Dated: April 17, 2013

_____

PAUL S. GREWAL

United States Magistrate Judge

---

[3] 415 F.3d 1303, 1312-15 (Fed. Cir. 2005).

3

Case No. 5:12-cv-04384-PSG
**CLAIM CONSTRUCTION ORDER**